**Dismissed and Memorandum Opinion filed November 19, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00540-CV

---

### PETER ZHU AND AMERJIN COMPANY, LLC, Appellant

### V.

### INNOVATIVE ENERGY SERVICE INC. AND TREY GAITHER, Appellees

---

**On Appeal from the CHAMBERS COUNTY COURT**
**Chambers County, Texas**
**Trial Court Cause No. 20CCV0058**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 30, 2020. The clerk's record was filed August 11, 2020. The reporter's record was filed August 7, 2020. No brief was filed.

On October 6, 2020, this court issued an order stating that unless appellant filed a brief on or before November 5, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Wise, and Hassan.